I3rdstec

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,              New York, N.Y.

          v.                           17 MJ 0364

RAKEEM STEPHEN,

               Defendant.

------------------------------x
                                       March 27, 2018
                                       3:36 p.m.
Before:

                    HON. RONNIE ABRAMS,
                                       District Judge

                    HON. SARAH NETBURN,
                                       Magistrate Judge


                        APPEARANCES

GEOFFREY S. BERMAN
     Interim United States Attorney for the
     Southern District of New York
BY:  JESSICA GREENWOOD
     Assistant United States Attorney

FEDERAL DEFENDERS OF NEW YORK INC.
     Attorneys for Defendant
BY:  JULIA L. GATTO

          - also present -

Rena Bolin, Pretrial Services Officer
```

1           JUDGE ABRAMS:  Good afternoon.

2           So we are here today, Mr. Stephen, to conditionally

3    approve your participation in the Young Adult Opportunity

4    Program, but before we did that, we want to make sure that you

5    understood exactly what such participation entails.  So, we are

6    going to ask you some questions.

7           First of all, do you have any questions at all about

8    the program?

9           THE DEFENDANT:  No.

10          JUDGE ABRAMS:  OK.  So, as I'm sure you have discussed

11   with Ms. Gatto, the idea behind program is for you to receive

12   intensive pretrial supervision which myself and Judge Netburn

13   hope will help you make better decisions in the future.  And if

14   you are successful in the program, it may result in you

15   receiving a shorter sentence, possibly a reduction, a deferral,

16   or even dismissal of all the charges against you.  But the

17   first thing you have to understand is that even if you are

18   successful in the program, we can't promise you that any of

19   those things will happen.

20          So, do you understand that?

21          THE DEFENDANT:  I understand.

22          JUDGE ABRAMS:  OK.  You should also understand that

23   we're going to expect things from you.  We're going to expect

24   that you comply with the conditions of release, that you be on

25   time for all the meetings with Ms. Bolin and be on time for all

1  the meetings with the two of us in the court, and any
2  particular additional requirements that we may add.  So, we'll
3  expect you to remain drug free.  We'll expect you to maintain
4  employment.  And we can talk, you know, about specific goals
5  that you have for yourself and that we have for you in the
6  robing room when we're done.  But you should understand that
7  your supervision will be longer, at least 12 months, and it
8  will be more intensive than it normally would be and was before
9  you agreed to participate in this program.  And there will be
10 more involvement from the two of us, from myself and from Judge
11 Netburn, and that we'll have real expectations for you.
12         So, do you understand that?
13         THE DEFENDANT:  I understand.
14         JUDGE ABRAMS:  All right.  In addition to meeting
15 Ms. Bolin from Pretrial Services, you are going to meet with
16 the group of us, the group of all the participants, on a
17 monthly basis.  It's usually the first Tuesday evening of every
18 month.  We're going to expect you to be honest and forthcoming.
19 But you should also note that at sentencing we can consider, if
20 it ever gets to a sentence, we can consider everything that we
21 know about you, including if you were successful in the
22 program.
23         So, do you understand that?
24         THE DEFENDANT:  I understand.
25         JUDGE ABRAMS:  That said, you should know that you

1  retain the right to remain silent if an answer to any question
2  may incriminate you, and you can ask for your lawyer to be
3  present at any time.  Your lawyer can be there but she is not
4  required to be.  There is usually a lawyer from the Federal
5  Defenders present, but you have a right to ask for your lawyer
6  to be present at any time.
7         Do you understand that?
8         THE DEFENDANT:  I understand.
9         JUDGE ABRAMS:  All right.  Do you also understand that
10 your participation in this program is voluntary, meaning you
11 don't have to participate at all?  Do you understand that?
12        THE DEFENDANT:  I understand.
13        JUDGE ABRAMS:  OK.  And do you understand that if you
14 agree to participate, your case will be transferred initially
15 to Judge Netburn.  You have not been indicted.  If you ever
16 were to be indicted, it would be transferred to me but for all
17 purposes, including any sentencing.  So even if you are
18 unsuccessful in the program, your case will stay either with
19 Judge Netburn or myself.  Do you understand that?
20        THE DEFENDANT:  I understand.
21        JUDGE ABRAMS:  OK.  Have you discussed your decision
22 to participate in this program with your attorney?
23        THE DEFENDANT:  Yes, I have.
24        JUDGE ABRAMS:  All right.  And have you reviewed the
25 consent form and discussed that with your attorney?

I3rdstec

1       THE DEFENDANT:  Yes, I have.

2       JUDGE ABRAMS:  And are you sure that you still want to
3  participate in the program?

4       THE DEFENDANT:  Yes, I do.

5       JUDGE ABRAMS:  OK.  As I said at the start, do you
6  have any questions?  Is there anything you don't understand
7  that you want to ask about here today?

8       THE DEFENDANT:  No.  I got it.

9       JUDGE ABRAMS:  OK.  All right.

10      Would either the government or defense counsel like to
11 be heard?

12      MS. GREENWOOD:  Nothing from the government, your
13 Honor.

14      MS. GATTO:  The same here.

15      JUDGE ABRAMS:  OK.  So we are going to accept you into
16 the program.  We look forward to getting to know you better and
17 working together with you.

18      Judge Netburn, is there anything you would like to
19 add?

20      JUDGE NETBURN:  No.  Just that we are happy to have
21 you in the program.  We are excited to talk with you a little
22 bit privately about some of your goals and interests and
23 working with you to achieve them.  So, welcome.

24      MS. GREENWOOD:  Your Honor, now that he has been
25 accepted into the program, the government would request a

I3rdstec

1  one-year rollover on his indictment deadline.
2          JUDGE ABRAMS:  Ms. Gatto, I assume you have no
3  objection and you agree to that?
4          MS. GATTO:  That is correct, no objection.
5          JUDGE ABRAMS:  All right.  So we are going to sign a
6  speedy trial order later today.
7          MS. GREENWOOD:  Thank you, your Honor.
8          JUDGE ABRAMS:  All right.  Thank you.
9          So why don't we meet in the robing room at this time.
10         (Discussion off the record in the robing room)
11
12                          -  -  -
13
14
15
16
17
18
19
20
21
22
23
24
25