**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 1/11/2021**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RAKEEM STEPHEN,

                Defendant.

No. 20-CR-530

ORDER

RONNIE ABRAMS, United States District Judge:

    The sentence is scheduled for March 12, 2021 at 3:00 p.m. Consistent with the Court's Individual Rules and Practices in Criminal Cases, defendant's sentence submission is due February 26, 2021 and the Government's sentence submission is due March 5, 2021. The parties shall inform the Court if defendant consents to have this matter held remotely, by video conference, or if he wishes to have his sentence held in person.

SO ORDERED.

Dated:    January 11, 2021
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge