UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>RAKEEM STEPHEN,<br><br>                Defendant. | **Order of Restitution**<br><br>**20 Cr. 530 (RA)** |

     Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Jessica Greenwood, Assistant United States Attorney, of counsel, which is being made with the consent of defense counsel; the presentence report; the Defendant's conviction on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

     **1. Amount of Restitution.** Rakeem Stephen, the Defendant, shall pay restitution in the total amount of $7,334.88 to the victims of the offense charged in Count One.  The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

     **2. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed

09.10.2013

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: ___9th___ day of __June__, 2021
        New York, New York

                                                  _____
                                                  THE HONORABLE RONNIE ABRAMS
                                                  UNITED STATES DISTRICT JUDGE